# APPENDIX A

# APPENDIX A
# (GEOGRAPHIC AREAS DOMINATED BY SINGLE DEFENDANT)[1]

## ALBANY, NY AREA



---

[1] Fresenius facilities are reflected in purple, DaVita facilities in red, and non-Defendant facilities (independents and smaller chains) in dark grey.

A-1

### JACKSON, MS TO BATON ROUGE, LA



A-2

## MEMPHIS, TN TO JACKSON, MS



A-3

**SEATTLE, WA AREA**



A-4

## NORTHERN IDAHO/WESTERN MONTANA



A-5

## ASHEVILLE, NC AREA



## NORTHERN IOWA



A-6

## CHATTANOOGA AND KNOXVILLE, TN AREAS



A-7

**SOUTHERN OREGON**



A-8

**EASTERN PENNSYLVANIA/WESTERN OHIO**



A-9

**AURORA/NAPERVILLE, IL REGION**



A-10